IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNIVERSAL STUDIOS HOME )<br>ENTERTAINMENT, LLC; UNIVERSAL )<br>CITY STUDIOS, LLLP; UNIVERSAL CITY )<br>STUDIOS PRODUCTIONS, LLLP, and )<br>FOCUS FEATURES, LLC )<br>)<br>Defendants. ) | Civil Action No. _____<br><br>**JURY TRIAL DEMANDED** |

# EXHIBIT B TO COMPLAINT

CONFIDENTIAL — FILED UNDER SEAL

                                            Henry E. Gallagher, Jr. (DE Bar ID #495)
                                            CONNOLLY BOVE LODGE & HUTZ LLP
                                            1007 North Orange Street
                                            P.O. Box 2207
                                            Wilmington, DE  19899
                                            Telephone:  (302) 658-9141
                                            Facsimile:   (302) 658-5614

                                            *Attorneys for Plaintiff,*
                                            *Redbox Automated Retail, LLC*

Dated: October 10, 2008