AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| Redbox Automated Retail, LLC<br>Plaintiff<br>v.<br>Universal Studios Home Entertainment, LLC<br>Defendant | )<br>)<br>)  Civil Action No. _____<br>)<br>) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Universal Studios Home Entertainment, LLC
c/o The Corporation Trust Company
1209 Orange Street, Wilmington, DE 19801

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Henry E. Gallagher, Jr.
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
Wimington, DE  19899

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO
Name of clerk of court

Date: 10/10/08

_Kristen S. Ringgold_
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me(1) || DATE<br>10/13/08 |
| NAME OF SERVER (PPJNT)<br>BARRY EVELAND || TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   SERVED: UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC  C/O THE CORPORATION TRUST CO.  1209 ORANGE ST.  WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/13/08
               Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

ALSO SERVED:
NOTICE, CONSENT & ORDER OF REFERENCE-EXERCISE OF JURISDICTION BY A US MAGISTRATE JUDGE

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.