IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNIVERSAL STUDIOS HOME )<br>ENTERTAINMENT, LLC; UNIVERSAL )<br>CITY STUDIOS, LLLP; UNIVERSAL CITY )<br>STUDIOS PRODUCTIONS, LLLP, and )<br>FOCUS FEATURES, LLC )<br>)<br>Defendants. ) | C.A. No. 1:08-cv-00766-RBK<br><br>**<u>JURY TRIAL DEMANDED</u>** |

### **<u>MOTION AND ORDER FOR ADMISSION PRO HAC VICE</u>**

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Charles S. Bergen to represent the plaintiff, Redbox Automated Retail, LLC, in this matter.

/s/ Henry E. Gallagher, Jr.
Henry E. Gallagher, Jr. (DE Bar ID #495)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile: (302) 658-5614

*Attorneys for Plaintiff*

Date: October 27, 2008

### **<u>ORDER GRANTING MOTION</u>**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____     _____
                                United States District Judge

602867.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>UNIVERSAL STUDIOS HOME )<br>ENTERTAINMENT, LLC; UNIVERSAL )<br>CITY STUDIOS, LLLP; UNIVERSAL CITY )<br>STUDIOS PRODUCTIONS, LLLP, and )<br>FOCUS FEATURES, LLC )<br>)<br>Defendants. ) | C.A. No. 1:08-cv-00766-RBK<br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and, pursuant to local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 10/23/08

Charles S. Bergen
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 704-7700

642142_1

602867.1