**ORIGINAL**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC, UNIVERSAL CITY STUDIOS, LLLP, UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP, and FOCUS FEATURES, LLC, <br><br> Defendants. | ) <br> ) <br> ) Civil Action No. 08-766 (RBK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' OPENING BRIEF IN SUPPORT OF THEIR
MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(B)(6)**

**CONFIDENTIAL – FILED UNDER SEAL
SUBJECT TO PROTECTIVE ORDER**

OF COUNSEL:

Glenn D. Pomerantz
(State Bar No. 112503)
David C. Dinielle
(State Bar No. 177904)
MUNGER, TOLLES & OLSON LLP
355 South Grant Avenue, 35th Floor
Los Angeles, CA 90071

Paul H. Zoubek
(PA Bar I.D. No. 36716)
R. Monica Hennessy
(PA Bar I.D. No. 77928)
MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002

Dated: December 8, 2008

R. Montgomery Donaldson (DE Bar ID 4367)
Lisa Zwally Brown (DE Bar ID 4328)
MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP
1105 N. Market St, Suite 1500
Wilmington, DE 19801
(302) 504-7800
*Counsel for Defendants*
*Universal Studios Home Entertainment, LLC,*
*Universal City Studios, LLLP, Universal City*
*Studios Productions, LLLP, and Focus Features*
*LLC*

**ORIGINAL**