# Exhibit C

| Title | Genre/Rating | Projected Box Office (millions) | Synopsis | Director | Stars |
|---|---|---|---|---|---|
| Wanted | Action/Adventure / R | $134.0 | A cube dwelling nobody (Wes) gets recruited into the Fraternity, a secret society that trains Wes to avenge his dad's death by unlocking his dormant powers. | Timur Bekmambetov | Angelina Jolie, Morgan Freeman, James McAvoy |
| Mamma Mia! | Musical / PG-13 | $143.0 | An independent, single mother who owns a small hotel on a Greek island is about to let go of the daughter she raised alone. Inspired by the songs of ABBA. | Phyllida Lloyd | Meryl Streep, Pierce Brosnan, Colin Firth, Stellan Skarsgard, Amanda Seyfried, Christine Baranski |
| The Mummy: Tomb of the Dragon Emperor | Period Adventure / PG-13 | $102.0 | Part 3 of the Mummy franchise.  Doomed by a sorceress to spend eternity in suspended animation, China's Dragon emperor and his warriors have laid forgotten for eons until awakened by Alex O'Connell (son of Rick O'Connell - Brenden Fraser). | Rob Cohen | Brenden Fraser, Jet Li, Maria Bello |
| Death Race | Action Thriller / R | $36.0 | Three time speedway champ Jensen Ames (Statham) is an expert in survival. Just as he thinks his life has turned around, he is framed for a murder he didn't commit.  He is forced to compete in the death race to win his freedom. | Paul W.S. Anderson | Jason Statham, Tyrese Gibson, Ian McShane, Joan Allen |
| Burn After Reading | Comedy / R | $53.0 | A disk containing the memoirs of a CIA agent ends up in the hands of two unscrupulous gym employees who attempt to sell it. Cohen Brothers. | Joel and Ethan Cohen | George Clooney, Frances McDormand, Brad Pitt, John Malkovich |

| Title | Genre/Rating | Projected Box Office (millions) | Synopsis | Director | Stars |
|---|---|---|---|---|---|
| Flash of Genius | Drama / PG-13 | $10.0 | Robert Kearns takes on the Detroit automakers who he claims stole his idea for the intermittent windshield wiper. | | Greg Kinnear, Lauren Graham, Dermot Mulroney |
| The Express | Sports Drama / PG | $25.0 | A drama based on the life of college football hero Ernie Davis, the first African-American to win the Heisman Trophy. | Gary Fleder | Dennis Quaid |
| Changeling | Thriller / R | $65.0 | A mother's prayer for her kidnapped son to return home is answered, though it doesn't take long for her to suspect the boy who comes back is not hers. | Clint Eastwood | Angelina Jolie, John Malkovich |
| Role Models | Comedy / Not Yet Rated | $30.0 | Wild behavior forces a pair of energy drink reps (Paul Rudd and Seann William Scott) to enroll in a Big Brother program. | David Wain | Paul Rudd, Seann William Scott |
| Milk | Drama / Not Yet Rated | $60.0 | The story of California's first openly gay elected official, Harvey Milk, a San Francisco supervisor who was assassinated along with Mayor George Moscone by San Francisco Supervisor Dan White. | Gus Van Sant | Sean Penn, Emile Hirsch, Josh Brolin, James Franco |
| Frost / Nixon | Historical Drama / Not Yet Rated | $20.0 | A dramatic retelling of the post-Watergate television interviews between British talk-show host David Frost and former president Richard Nixon. | Ron Howard | Kevin Bacon, Rebecca Hall, Frank Langella, Oliver Platt, Sam Rockwell, Michael Sheen |

| Title | Genre/Rating | Projected Box Office (millions) | Synopsis | Director | Stars |
|---|---|---|---|---|---|
| The Tale of Despereaux | Animation / Not Yet Rated | $75.0 | Animated film about the tale of three unlikely heroes – a misfit mouse who prefers reading books to eating them, an unhappy rat who schemes to leave the darkness of the dungeon, and a bumbling servant girl with cauliflower ears – whose fates are intertwined with that of the castle's princess. | Sam Fell | |
| Wild Child | Comedy / PG-13 | $10.0 | A rebellious Malibu princess is shipped off to a strict English boarding school by her father. | Nick Moore | Emma Roberts |
| The Unborn | Horror / Not Yet Rated | $25.0 | A young woman fights the spirit that is slowly taking possession of her. | David S. Goyer | Odette Yustman, Gary Oldman |
| Coraline | Animation / Not Yet Rated | $70.0 | A young girl (Dakota Fanning) walks through a secret door in her new home and discovers an alternate version of her life. On the surface, this parallel reality is eerily similar to her real life – only much better. But when her adventure turns dangerous, and her counterfeit parents (including Other Mother [Hatcher]) try to keep her forever, Coraline must count on her resourcefulness, determination, and bravery to get back home – and save her family. | Henry Selick | |
| Duplicity | Thriller / Not Yet Rated | $75.0 | A pair of corporate spies (Clive Owen and Julia Roberts) who share a steamy past hook up to pull off the ultimate con job on their respective bosses. | Tony Gilroy | Julia Roberts, Clive Owen, Billy Bob Thornton, Paul Giamatti, Tom Wilkinson |

| Title | Genre/Rating | Projected Box Office (millions) | Synopsis | Director | Stars |
|---|---|---|---|---|---|
| The Wolfman | Horror / Not Yet Rated | $100.0 | Upon his return to his ancestral homeland, an American man (Del Toro) is bitten, and subsequently cursed by, a werewolf. | Joe Johnston | Benecio Del Toro, Anthony Hopkins, Emily Blunt, Hugo Weaving |
| State of Play | Thriller / Not Yet Rated | $40.0 | Based on the BBC mini-series of the same title, a team of investigative reporters work alongside a police detective to try to solve the murder of a congressman's mistress. | Kevin Macdonald | Russell Crowe, Ben Affleck, Rachel McAdams, Jason Bateman, Robin Wright Penn, Helen Mirren, Jeff Daniels |
| Bruno | Comedy / Not Yet Rated | $40.0 | Flamboyant Austrian fashionista Bruno takes his show to America. | Dan Mazer | Sacha Baron Cohen |
| Drag Me to Hell | Horror / Not Yet Rated | $35.0 | An unsuspecting young woman (Lohman) becomes the recipient of a supernatural curse cast upon her by an older Eastern European woman who was defied and humiliated by others. | Sam Raimi | Alison Lohman, Justin Long, David Paymer |
| Land of the Lost | Adventure Comedy / Not Yet Rated | $150.0 | A forest ranger along with his two children inadvertently stumble into a mysterious land populated by dinosaurs and other creatures, including the mysterious and dangerous race of Sleestak. | Brad Silberling | Will Ferrell, Anna Friel, Danny McBride |
| Fast and Furious | Action / Not Yet Rated | $85.0 | As he is released from prison, Brian O'Conner teams up with Dominic Toretto work with the feds to bring down a heroin importer by infiltrating his operation. 4th of series. Original cast. | Justin Lin | Vin Diesel, Paul Walker |

| Title | Genre/Rating | Projected Box Office (millions) | Synopsis | Director | Stars |
|---|---|---|---|---|---|
| Public Enemies | Crime Drama / Not Yet Rated | $150.0 | The Feds try to take down notorious American gangsters John Dillinger, Baby Face Nelson and Pretty Boy Floyd during a booming crime wave in the 1930s. | Michael Mann | Johnny Depp, Christian Bale |
| Funny People | Comedy / Not Yet Rated | $125.0 | Plot under wraps – but Judd Apatow directs w/ Seth Rogen, Adam Sandler, & Jonah Hill. | Judd Apatow | Seth Rogen, Adam Sandler, Jonah Hill, Eric Bana |
| Nottingham | Period Adventure / Not Yet Rated | $60.0 | A love triangle forms between the legendary do-gooder Robin Hood, his Maid Marian and the archer's arch nemesis, the Sheriff of Nottingham. | Ridley Scott | Russell Crowe |
| Untitled Nancy Meyers Comedy | Romantic Comedy / Not Yet Rated | $60.0 | Potential Plot: Meryl Streep in a love triangle between 2 guys. | Nancy Meyers | Alec Baldwin, Meryl Streep |

Source of Genre and Rating Information: www.boxofficemojo.com

Sources of Synopses: www.imdb.com and www.comingsoon.net