# Exhibit E

# Gadgets

- Home
- Business
- Hardware
- Software
- Security
- Internet
- Networking
- Gadgets
- Gaming
- Entertainment
- Science
- Misc



# Sony planning PlayStation 3 and Blu-ray vending machines

by Stevie Smith - Nov 6 2008, 20:25

Sony planning PlayStation 3 and Blu-ray vending machines - Gadgets



Sony and Universal bringing enterainment vending machines to the UK. Image: Sony/Universal.

Seemingly not content with selling its goods at walk-in retail outlets and through online stores, Japanese consumer electronics giant Sony Corp. has this week revealed its plan to join with Universal Pictures in creating a range of "entertainment vending machines."

Unveiled at Stuff Magazine's recent Stuff Live event, the "PoP" vending machines will apparently be crammed full of entertainment goodies ranging from conventional DVDs and high-definition Blu-ray movie discs through to PlayStation 3 software titles -- all of which will be available to passing consumers 24 hours a day.

Remaining 'on trend' in the technology stakes, the new vending machines will even provide music and movie downloads for those customers armed with compatible multimedia players, SD memory cards and portable devices with USB connections.

Furthermore, arriving as not *just* an unmanned retail extension, the automatic vending outlets will also include a touch-screen display that will enable prospective buyers to peruse movie trailers ahead of making a definitive cash or credit card decision.

According to the partnering media heavyweights, some 150 movie titles will be available for purchase at launch, with some of those being Hell Boy II and musical 'summer blockbuster' Mamma Mia!

Expectant consumers thrilled at the prospect of automated entertainment delivery should keep an attentive eye out for PoP machines popping up in movie theatres, fitness centres, colleges and universities, and travel stations, reports The Inquirer.

The PoP vendors are expected to be initially trialled in the UK in order for Sony and Universal to assess their market viability.

While likely to be welcomed by British technophiles, neither Sony nor Universal has issued comment on the subject of DRM (digital rights management), file formatting, or pricing.

**#1 Vending Machine**
Check Out the Hottest Vending Machine On the Market - A Cash Cow!
www.1800VENDING.com

**Vending Machines**
Be Your Own Boss. Earn Profit With Vending Machines. Call today!
www.Vendstar.com

**Affordable Soda Machines**
Cold Drink Vendors - Pop Machines New & used soda vending machines
buyritevending.com

Ads by Google

- Email
- RSS
- Talkback

- Delicious
- Digg
- FARK
- Slashdot
- StumbleUpon

vote now

## Talkback

There are currently no comments for this article. Be the first to comment! (no registration required)

Gadgets
   Index

   News
   Reviews

Advertising