**THIS DOCUMENT WAS FILED UNDER SEAL**

```
```
Case 1:08-cv-00766-RBK-JS   Document 40   Filed 03/04/09   Page 2 of 2

## CERTIFICATE OF SERVICE

I, Chad Stover, hereby certify that on March 4, 2009, I electronically filed the foregoing under seal **REDBOX'S ANSWERING BRIEF IN OPPOSITION TO UNIVERSAL'S MOTION TO DISMISS** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following and I have also sent the foregoing in the manner indicated:

| **VIA E-MAIL** | **VIA EMAIL** |
|---|---|
| R. Montgomery Donaldson<br>RDonaldson@mmwr.com<br>Lisa Zwally Brown<br>lzbrown@mmwr.com<br>Montgomery, McCracken,<br>Walker & Rhoads, LLP<br>1105 N. Market St., Suite 1500<br>Wilmington, DE 19801 | Paul H. Zoubek<br>PZoubek@mmwr.com<br>R. Monica Hennessy<br>Mhennessy@mmwr.com<br>Montgomery, McCracken,<br>Walker & Rhoads, LLP<br>Liberty View<br>457 Haddonfield Road,<br>Suite 600<br>Cherry Hill, NJ 08002<br><br>Glenn D. Pomerantz<br>glenn.pomerantz@mto.com<br>David C. Dinielli<br>david.dinielli@mto.com<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560 |

/s/ *Chad S.C. Stover*
Chad S.C. Stover (#4919)