## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

REDBOX AUTOMATED RETAIL, LLC,            )
                                     )
         Plaintiff,            )   **Civil Action No.  08-766 (RBK)**
                                     )
vs.            )
                                     )
UNIVERSAL STUDIOS HOME            )   **JURY TRIAL DEMANDED**
ENTERTAINMENT, LLC, UNIVERSAL            )
CITY STUDIOS, LLLP, UNIVERSAL            )
CITY STUDIOS PRODUCTIONS, LLLP,            )
and FOCUS FEATURES, LLC,            )
                                     )
         Defendants.            )

## SUPPLEMENTAL DECLARATION OF JARED LACKMAN IN SUPPORT OF
## DEFENDANTS' MOTION TO DISMISS

I, Jared Lackman, declare as follows:

    1.     I am the Vice President, Business and Legal Affairs of Universal Studios Home

Entertainment LLC (improperly referred to in the complaint as "Universal Studios Home

Entertainment, LLC"), 10 Universal City Plaza, Universal City, California 91608.  I am over

twenty-one years of age and have personal knowledge of the facts stated in this Declaration.  If

sworn as a witness, I could testify competently to those facts.

    2.     Attached hereto at Exhibit A is a true and correct copy of Amendment No. 1 to

Videogram Distribution Agreement between Ingram Entertainment, Inc. and Universal Studios

Home Entertainment LLC (f/k/a Universal Studios Home Video LLC), dated December 15,

2008.

    3.     Attached hereto at Exhibit B are true and correct copies of Amendment No. 1 and

2 of Videogram Distribution Agreement between VPD, IV, Inc. and Universal Studios Home

Entertainment LLC (f/k/a Universal Studios Home Video LLC), dated October 22, 2008 and

December 16, 2008 respectively.

4.    These three documents (collectively, the "Distributor Amendments") confirm the ongoing business relationship between Universal Studios Home Entertainment LLC (f/k/a Universal Studios Home Video LLC) and Ingram Entertainment, Inc. and Universal Studios Home Entertainment LLC (f/k/a Universal Studios Home Video LLC) and VPD, IV, Inc.

5.    The Distributor Amendments contain compensation and other confidential business information to which neither Universal's competitors, nor the public, nor Redbox Automated Retail, LLC has access to this information.

6.    I hereby affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Jared Lackman