IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC; UNIVERSAL CITY STUDIOS, LLP; UNIVERSAL CITY STUDIOS PRODUCTIONS, LLP, and FOCUS FEATURES, LLC, | ) ) ) C.A. No. 08-766-RBK ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, plaintiff Redbox Automated Retail, LLC, by and through its undersigned counsel, hereby respectfully requests oral argument at the convenience of the Court on Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief May Be Granted (D.I. 15). Briefing has been completed. *See* D.I. 16, 33, 40, and 43.

Of Counsel:

Charles S. Bergen
George R. Dougherty
Michael S. Gulland
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
(312) 704-7700

Frederick W. Stein
Redbox Automated Retail, LLC
One Tower Lane, Suite 1200
Oakbrook Terrace, Illinois 60181
(630) 756-8255

Dated: March 17, 2009

Respectfully submitted,

 /s/ Chad S.C. Stover
Henry E. Gallagher, Jr. (No. 495)
Chad S.C. Stover (No. 4919)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE  19801
(302) 658-9141
hgallagher@cblh.com
cstover@cblh.com

*Attorneys for Plaintiff*