**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC, | ) |
| Plaintiff, | ) ) ) **Civil Action No. 08-766 (RBK)** |
| vs. | ) ) |
| UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC, UNIVERSAL CITY STUDIOS, LLLP, UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP, and FOCUS FEATURES, LLC, | ) ) ) ) ) ) |
| Defendants. | ) |

### DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Defendants Universal Studios Home Entertainment, LLC, Universal City Studios, LLLP, Universal City Studios Productions, LLLP, and Focus Features, LLC, by and through their undersigned counsel, hereby respectfully request oral argument at the convenience of the Court on Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief May Be Granted (D.I. 15), which is fully briefed.

Date: March 18, 2009

*/s/ R. Montgomery Donaldson*
R. Montgomery Donaldson (DE Bar ID 4367)
*rdonaldson@mmwr.com*
Lisa Zwally Brown (DE Bar ID 4328)
*lzbrown@mmwr.com*
**MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP**
1105 N. Market St, Suite 1500
Wilmington, DE 19801
(302) 504-7800

*Counsel for Defendants Universal Studios Home Entertainment, LLC, Universal City Studios, LLLP, Universal City Studios Productions, LLLP, and Focus Features, LLC*