**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| REDBOX AUTOMATED RETAIL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **Civil Action No.  08-766 (RBK)** |
| | ) | |
| vs. | ) | |
| | ) | |
| UNIVERSAL STUDIOS HOME | ) | |
| ENTERTAINMENT, LLC, UNIVERSAL | ) | |
| CITY STUDIOS, LLLP, UNIVERSAL | ) | |
| CITY STUDIOS PRODUCTIONS, LLLP, | ) | |
| and FOCUS FEATURES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, R. Montgomery Donaldson, hereby certify that a true and correct copy of

**DEFENDANTS' REQUEST FOR ORAL ARGUMENT** was served electronically upon the

following:

Henry E. Gallagher, Jr., Esquire
*hgallagher@cblh.com*

George E. Dougherty, Esquire
*gdougherty@grippoelden.com*

Date:  March 18, 2009

*/s/ R. Montgomery Donaldson*
R. Montgomery Donaldson (DE Bar ID 4367)
*rdonaldson@mmwr.com*
Lisa Zwally Brown (DE Bar ID 4328)
*lzbrown@mmwr.com*
**MONTGOMERY, MCCRACKEN,**
**WALKER & RHOADS, LLP**
1105 N. Market St, Suite 1500
Wilmington, DE 19801
(302) 504-7800

*Counsel for Defendants Universal Studios Home Entertainment, LLC, Universal City Studios, LLLP, Universal City Studios Productions, LLLP, and Focus Features, LLC*