NOT FOR PUBLICATION                                                                                    (Docket No. 15)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| REDBOX AUTOMATED RETAIL LLC, : | |
| Plaintiff, : | Civil No. 08-766 (RBK) |
| v. : | **ORDER** |
| UNIVERSAL CITY STUDIOS LLLP, et al, : | |
| Defendants. : | |

**THIS MATTER** having come before the Court on a motion by Defendants Universal Studios Home Entertainment LLC, Universal City Studios LLLP, and Universal City Studios Production LLLP (collectively, "Universal") to dismiss the Complaint filed by Redbox Automated Retail LLC ("Plaintiff" or "Redbox"); and the Court having considered the motion papers and opposition and reply thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Universal's motion to dismiss Counts I and VI of Plaintiff's Complaint is GRANTED; and the claims in Counts I and VI are DISMISSED; and

**IT IS FURTHER ORDERED** that Universal's motion to dismiss Plaintiff's claim made pursuant to the Sherman Antitrust Act ("the Sherman Act"), 15 U.S.C. § 1, et seq., is DENIED.

Dated:     8-17-09                                                                       /s/ Robert B. Kugler
                                                                                          ROBERT B. KUGLER
                                                                                          United States District Judge