IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC,<br><br>    Plaintiff<br><br>v.<br><br>UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC, UNIVERSAL CITY STUDIOS, LLLP, UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP, and FOCUS FEATURES, LLC,<br><br>    Defendants. | Civil Action No. 08-766 (RBK) |

**DEFENDANTS' MOTION TO CERTIFY AUGUST 17, 2009 ORDER
FOR § 1292(B) INTERLOCUTORY APPEAL**

Universal Studios Home Entertainment LLC, Universal City Studio LLLP, Universal City Studios Productions LLLP, and Focus Features LLC (collectively "Universal") respectfully request that the Court certify for interlocutory appellate review under 28 U.S.C. § 1292(b) the Court's August 17, 2009 Order (the "August 17 Order") granting in part and denying in part Universal's Motion to Dismiss plaintiff Redbox Automated Retail, LLC's ("Redbox") First Amended Complaint ("FAC"). The grounds for this motion are fully set forth in Universal's concurrently-filed supporting brief.

- 1 -

|  |  |
|---|---|
| | Respectfully submitted, |
| | */s/ R. Montgomery Donaldson* |
| OF COUNSEL: | R. Montgomery Donaldson (DE Bar ID 4367) |
| Glenn D. Pomerantz, Bar No. 112503 | *rdonaldson@mmwr.com* |
| David C. Dinielli, Bar No. 177904 | Lisa Zwally Brown (DE Bar ID 4328) |
| Munger, Tolles & Olson LLP | *lzbrown@mmwr.com* |
| 355 South Grand Avenue | **Montgomery, McCracken, Walker &** |
| Thirty-Fifth Floor | **Rhoads, LLP** |
| Los Angeles, CA  90071-1560 | 1105 N. Market St., Suite 1500 |
| | Wilmington, DE  19801 |
| Paul H. Zoubek | (302) 504-7800 |
| (PA Bar I.D. No. 36716) | *Counsel for Defendants Universal Studios* |
| R. Monica Hennessy | *Home Entertainment, LLC, Universal City* |
| (PA Bar I.D. No. 77928) | *Studios, LLLP, Universal City Studios* |
| **Montgomery McCracken, Walker &** | *Productions, LLLP, and Focus Features, LLC* |
| **Rhoads, LLP** | |
| Liberty View | |
| 457 Haddonfield Road, Suite 600 | |
| Cherry Hill, NJ 08002 | |
| (856) 488-7700 | |

Dated: September 30, 2009