## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REDBOX AUTOMATED RETAIL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-766-RBK |
| | ) | |
| vs. | ) | |
| | ) | |
| UNIVERSAL STUDIOS HOME | ) | **NOTICE OF DISMISSAL** |
| ENTERTAINMENT, LLC; UNIVERSAL CITY | ) | **WITH PREJUDICE** |
| STUDIOS, LLLP; UNIVERSAL CITY | ) | |
| STUDIOS PRODUCTIONS, LLLP, and FOCUS | ) | |
| FEATURES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A), plaintiff Redbox Automated Retail, LLC hereby dismisses the above-

captioned action, and every claim asserted therein, with prejudice.  Each party shall bear its own

costs, expenses and attorneys' fees.


 /s/   R. Montogomery Donaldson           /s/   Henry E. Gallagher, Jr.

 R. Montgomery Donaldson      Henry E. Gallagher, Jr. (DE Bar ID #495)

MONTGOMERY, MCCRACKEN, WALKER      hgallagher@cblh.com

& RHOADS, LLP      Chad S. Stover (DE Bar ID #4919)

1105 North Market Street, 15th Floor      cstover@cblh.com

Wilmington, Delaware 19801      CONNOLLY BOVE LODGE & HUTZ LLP

Direct:  (302) 504-7840      1007 North Orange Street

Fax: (302) 504-7820      Wilmington, DE 19801

     Telephone:  (302) 658-9141

     Facsimile:   (302) 658-5614

*Attorneys for Defendants*

     *Attorneys for Plaintiff*

Dated:   April 23, 2010

921710.1

2

Paul H. Zoubek (PZoubek@mmwr.com)
R. Monica Hennessy (MHennessy@mmwr.com)
MONTGOMERY, MCCRACKEN, WALKER &
  RHOADS, LLP
Liberty View
457 Haddonfield Road, Suite 2600
Cherry Hill, NJ 08002
Telephone:  (856) 488-7700
Facsimile:   (856) 488-7720

Glenn D. Pomerantz (Glenn.pomerantz@mto.com)
David C. Dinielli (David.dinielli@mto.com)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendants*

Charles S. Bergen (cbergen@grippoelden.com)
George R. Dougherty (gdougherty@grippoelden.com)
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Telephone:  (312) 704-7700
Facsimile:   (312) 558-1195

Frederick W. Stein
REDBOX AUTOMATED RETAIL, LLC
One Tower Lane, Suite 1200
Oakbrook Terrace, IL 60181
Telephone:  (630) 756-8255
Facsimile:   (630) 756-8885

*Attorneys for Plaintiff*

921710.1